RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ramos,<br><br>    Plaintiff,<br><br>Vs.<br><br>SYD0502, LLC, et al.,<br><br>    Defendants. | Case Number 25-1404 TLN-SCR<br><br>NOTICE OF CONDITIONAL SETTLEMENT |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Plaintiff Oscar Ramos, and defendant SYD0502, LLC have entered into a written settlement agreement conditionally settling this action in its entirety as to all causes of action and as against all defendants. The terms of this agreement contemplate the dismissal of the lawsuit with prejudice by plaintiff as against all defendants. The signatory parties expect to fulfill the terms of this settlement agreement on or before October 15, 2025. Plaintiff requests that all court actions and hearings be stayed until that date. Once the terms are fulfilled, Plaintiff will promptly file a Notice of Dismissal as to all defendants.

/s/ Richard A. Mac Bride

Richard A. Mac Bride, Attorney for Plaintiff

Date: July 3, 2025

---

Notice of Conditional Settlement

-1-